IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN BAIRD et al.,** *Plaintiffs,* v. **MEYERS, ROMAN, FRIEDBERG & LEWIS, CO., LPA** *Defendant,* | Case No. 2:23-cv-01974 |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 27th day of October 2023, the Court, after reviewing briefing from both parties, **DENIES** Defendant's Motion to Dismiss and/or Transfer.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Judge**